No. 1134. THE UNITED STATES, PETITIONER, v. TWENTY-FIVE PACKAGES OF PANAMA HATS. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted.

*The Attorney General, The Solicitor General* and *Mr. Jesse C. Adkins* for the petitioner. *Mr. Albert H. Washburn* for the respondent.